IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| KEARFOTT CORPORATION | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No: 1:15-cv-225 |
| | ) |
| THE CHARLES STARK DRAPER | ) |
| LABORATORY, INC. | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Plaintiff Kearfott Corporation hereby dismisses without prejudice the above-entitled action.

Date: __March 23, 2015__

Respectfully Submitted,

KEARFOTT CORPORATION

By Counsel

So Ordered:
_____/s/_____
James C. Cacheris
United States District Judge

3/25/15

__/s/ Owen S. Walker_____
Stephen D. Knight (VSB No. 17893)
Owen S. Walker (VSB. No. 75543)
SMITH PACHTER MCWHORTER, PLC
8000 Towers Crescent Drive
Suite 900
Tysons Corner, VA 22182
(703) 847-6300
(703) 847-6312 (fax)
sknight@smithpachter.com
owalker@smithpachter.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **NOTICE OF DISMISSAL** was provided to a process server on or about this 23rd day of March, 2015, for service upon:

> CT CORPORATION SYSTEM
> Registered Agent for
> *Defendant The Charles Stark Draper Laboratory, Inc.*
> Registered Agent
> 4701 Cox Road, Suite 285
> Glen Allen, VA 23060

/s/ Owen S. Walker
Stephen D. Knight (VSB No. 17893)
Owen S. Walker (VSB. No. 75543)
SMITH PACHTER MCWHORTER, PLC
8000 Towers Crescent Drive
Suite 900
Tysons Corner, VA 22182
(703) 847-6300
(703) 847-6312 (fax)
sknight@smithpachter.com
owalker@smithpacther.com